IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| HEATHER ROSE JOHNSON, | CV 25-178-M-KLD |
| Plaintiff, | |
| vs. | FINDINGS & RECOMMENDATION |
| RAVALLI COUNTY SHERIFF DEPARTMENT, LINCOLN COUNTY POLICE DEPARTMENT, STATE OF MONTANA SUPREME COURT, | |
| Defendants. | |

On October 29, 2025, Plaintiff Heather Rose Johnson, who is proceeding pro se, filed a Complaint against the above-named Defendants and also paid the $405 civil filing fee. (Doc. 1). Federal Rule of Civil Procedure 4(m) requires that a plaintiff serve a complaint and summons within 90 days after the complaint is filed. The rule states, in relevant part:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed R. Civ. P. 4(m). Plaintiff filed her Complaint on October 29, 2025, which means she was required to serve Defendants with the Complaint and summons by

1

January 27, 2026. That deadline passed without any apparent attempt on Plaintiff's part to accomplish service.

Accordingly, on March 12, 2026, the Court issued an order giving Plaintiff until April 6, 2026, to show cause why this case should not be dismissed without prejudice for failure to serve Defendants within 90 days after filing the Complaint as required under Rule 4(m) of the Federal Rules of Civil Procedure. (Doc. 3). The Court cautioned Plaintiff that if she failed to show good cause, this case could be dismissed without prejudice for failing to comply with the service requirements of Rule 4(m).

As of the date of this Order, Plaintiff has not responded to the Court's Order to show cause and there have been no further filings in the case. No summonses have been issued and there is nothing in the record to indicate that Plaintiff has made any attempt to serve her Complaint Defendants in compliance with Rule 4(m) as required for this case to proceed.

Because Plaintiff has not demonstrated good cause for failing to serve Defendant within the timeframe provided in Rule 4(m),

IT IS RECOMMENDED that this matter be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

**NOTICE OF RIGHT TO OBJECT
TO FINDINGS & RECOMMENDATION
AND CONSEQUENCES OF FAILURE TO OBJECT**

2

3

Plaintiff may object to this Findings and Recommendation within 14 days. See 28 U.S.C. § 636(b)(1). Failure to timely file written objections may bar a de novo determination by the district judge and/or waive the right to appeal.

DATED this 8th day of April, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge