**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| HEATHER ROSE JOHNSON, <br><br> Plaintiff, <br><br> vs. <br><br> RAVALLI COUNTY SHERIFF DEPARTMENT, LINCOLN CITY POLICE DEPARTMENT, RAVALLI COUNTY DISTRICT COURT, and STATE OF MONTANA SUPREME COURT, <br><br> Defendants. | CV 25-178-M-WWM <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DISMISSING WITHOUT PREJUDICE |

Plaintiff Heather Rose Johnson ("Ms. Johnson"), proceeding pro se, filed a Complaint against the above-named Defendants on October 29, 2025. (Doc. 1). Judge DeSoto entered Findings and Recommendation in this matter on April 8, 2026. (Doc. 4). Plaintiff did not object and, therefore, is not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

This Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach. Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm

conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge DeSoto recommended that this Court dismiss this case without prejudice pursuant to Federal Rule of Civil Procedure 4(m) for Ms. Johnson's failure to serve Defendants with the Complaint and summons within 90 days of filing the Complaint. (Doc. 4).

The Court finds no clear error in Judge DeSoto's Findings and Recommendation (Doc. 4). Accordingly:

**IT IS HEREBY ORDERED** that Judge DeSoto's Findings and Recommendation are **ADOPTED IN FULL**.

**IT IS FURTHER ORDERED** that this matter be dismissed without prejudice.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 23rd day of April, 2026.

_____
WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE